

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00067-CV

IN THE INTEREST OF O.L.R.W., A
CHILD

------------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On June 14, 2010, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant shall pay all costs of this appeal, for which let execution issue.


PER CURIAM


PANEL:  MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 15, 2010